IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DAVE H. HANNAH,<br><br>Plaintiff. | No. C 13-00665 EJD (PR)<br><br>ORDER OF DISMISSAL |

On February 14, 2013, Plaintiff, a California state prisoner, filed a letter with the Court, which initiated these proceedings. (Docket No. 1.) On March 7, 2013, Plaintiff filed a letter indicating that he had no intention on filing a civil suit. (Docket No. 4.)

Plaintiff may voluntarily dismiss his complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, Plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is DISMISSED. The Clerk of the Court shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED:   3/22/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.13\00665HannahVolDis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DAVE H. HANNAH,           Case Number CV 13-00665 EJD (PR)

    Plaintiff.

_____/     **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/22/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Dave H. Hannah**
K-12717
Correctional Training Facility
P. O. Box 689
Soledad, Ca 93960

DATED: _____3/22/2013_____
                                                   Richard W. Wieking, Clerk
                                         /s/ By: Elizabeth Garcia, Deputy Clerk